# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sean and Joanna Falzarano
was received by me on *(date)* 10/13/25.

☒ I personally served the summons on the individual at *(place)* 490 Holly Hill Road, Southbury, CT 06488 on *(date)* 10/14/25; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ 15.40 for travel and $ 70.00 for services, for a total of $ 165.40 0.00
   68.00 conforming
   12.00 endorsements

I declare under penalty of perjury that this information is true.

Date: 10/14/25

*Daniel J Cooney*
Server's signature

Daniel J. Cooney State Marshal
Printed name and title

P.O. Box 167, Middlebury, CT 06762
Server's address

Additional information regarding attempted service, etc:

State of: Connecticut

City of: **Southbury**   October 14, 2025

County of: **New Haven**

    Then and there by virtue hereof and at the special direction of the Plaintiff's Attorney, I made due and legal service upon the within named Defendants: **Sean Falzarano and Joanna Falzarano** by leaving with and within the hands of **Sean Falzarano** all at: **490 Holly Hill Road, Southbury, CT,** two true and attested copies of the within Summons,, Complaint, Prayer for Relief, Notice of Electronic Filing, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Notice of Electronic Filing, Notice to Counsel and Self Represented Parties, United States' Notice of Related Cases, and United States' Motion to Transfer or Reassign Case to Judge Oliver with my endorsement thereon.

    The within and foregoing is the Original Summons,, Complaint, Prayer for Relief, Notice of Electronic Filing, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Notice of Electronic Filing, Notice to Counsel and Self Represented Parties, United States' Notice of Related Cases, and United States' Motion to Transfer or Reassign Case to Judge Oliver with my endorsement hereon.

Attest:

*Daniel J. Cooney*
Daniel J. Cooney
State Marshal

| | |
|---|---|
| Services: (2) | $ 70.00 |
| Conform/Pages | $ 68.00 |
| Mileage(22) : | $ 15.40 |
| Endorsements: | $ 12.00 |
| TOTAL: | $ 165.40 |