# Motion for Extension of Scheduling Deadlines

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT

**USA, Plaintiff,**
v.
**Falzarano et al, Defendant.**

Case No. 3:25- cv-01674-VDO

## MOTION FOR EXTENSION OF SCHEDULING DEADLINES

I, Joanna Falzarano respectfully submit this Motion requesting that the Court extend the current scheduling deadlines, including the deadline for submission of the Rule 26(f) Report currently due on September 4, 2026, until approximately **October 15–30, 2026**, following Defendant Sean Falzarano's anticipated release to home confinement on **September 30, 2026**.

In support of this request, Mrs. Falzarano respectfully states as follows:

1. At the present time, I am unable to effectively coordinate the meetings necessary to comply with the current scheduling deadlines due to extraordinary family and professional obligations.
2. I am presently the sole parent available to care for our two young children while my husband remains incarcerated. As the children are beginning a new school year, I am solely responsible for coordinating their daily schedules, transportation, childcare, and other parental responsibilities.
3. In addition, I am employed full-time as a commercial airline pilot. My position requires frequent travel, extended periods away from home, and mandatory recurrent training that is essential to maintaining my employment. Missing or postponing this required training could place my employment at risk, which would have significant financial consequences for our family.
4. Coordinating childcare while simultaneously fulfilling my work schedule and required training has left me with very limited availability to participate in lengthy legal conferences or to coordinate communication with Defendant Sean Falzarano through the Bureau of Prisons.
5. Meaningful communication with my husband while he is incarcerated is itself difficult and limited. Telephone calls must be coordinated through the institution, are subject to scheduling constraints, and do not permit the type of comprehensive discussion necessary to prepare for a Rule 26(f) conference or other litigation matters.

6. Under these circumstances, I do not believe it is possible for Sean Falzarano and I to adequately prepare for or participate in a meaningful Rule 26(f) conference with Plaintiff counsel. Proceeding under the current deadlines would not provide us with a fair opportunity to participate in decisions affecting the management of this case.
7. Sean Falzarano is expected to be released to home confinement on or about **September 30, 2026**. After his release, he and I will be able to communicate freely, review the issues together, and participate fully and effectively in the Rule 26(f) process.
8. Accordingly, I respectfully request that the Court extend the deadline for submission of the Rule 26(f) Report, together with any related scheduling deadlines, until approximately **October 15, 2026**, or such later date in late October as the Court deems appropriate.
9. This request is made in good faith and not for purposes of delay. Rather, it is intended solely to ensure fair opportunity to participate meaningfully in this litigation after Sean Falzarano's release from incarceration.

# WHEREFORE

Mrs. Falzarano respectfully requests that the Court:

1. Extend the deadline for submission of the Rule 26(f) Report and all related scheduling deadlines until a date between **October 15, 2026 and October 30, 2026**; and
2. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**Joanna Falzarano**
490 Holly Hill Lane
Southbury, CT 06488

August 14, 2026